**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| OSVALDO RAMOS : | |
| : | **NOTICE OF MOTION TO AMEND** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case No.: 3:23-CV-01098 |
| AMGUARD INSURANCE COMPANY : | |
| : | |
| Defendant. : | |
| : | |

PLEASE TAKE NOTICE that defendant, AMGUARD INSURANCE COMPANY, by and through its undersigned attorneys, hereby moves to amend its answer pursuant to the Federal Rules of Civil Procedure 15.

In support of this Motion, defendant, AMGUARD INSURANCE COMPANY, relies upon the Attorney Affirmation of Lee S. Siegel, with exhibits, and memorandum of law filed in support of the instant motion.

Pursuant to Fed. R. Civ. P. 15, copies of this Motion to Amend will be served upon the attorney for plaintiff, OSVALDO RAMOS, pursuant to Fed. R. Civ. P. 5(b)(1).

DATED:   West Hartford, New York
         March 10, 2025            **HURWITZ FINE P.C**.

                                   Lee S. Siegel, Esq.
                                   *Attorneys for Defendant*
                                   *AMGUARD INSURANCE COMPANY*
                                   1245 Farmington Ave. #1198
                                   West Hartford, CT  06107
                                   (631) 465-0700
                                   lss@hurwitzfine.com